**Order filed April 16, 2019**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-01096-CV
_____

**KENNETH W. ISAAC, Appellant**

**V.**

**CONSTANCE BURNSIDE, Appellee**

---

**On Appeal from the Probate Court No. 2**
**Harris County, Texas**
**Trial Court Cause No. 419,942-401**

---

## O R D E R

Appellant's brief was due April 3, 2019**.** No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **April 30, 2019**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM